Judgment affirmed.

**Ed LEESON, Appellant,**

v.

**BRITT & COLLINS, a Partnership Composed of Glenn Britt and J. H. Collins, Appellees.**

Court of Appeals of Kentucky.
May 2, 1958.

Goad & Secrest, N. Goebel Goad, Scottsville, Paul R. Huddleston, Bowling Green, for appellant.

Douglas Keen, Scottsville, Bell, Orr & Reynolds, Charles H. Reynolds, Bowling Green, for appellees.

PER CURIAM.

We are affirming the judgment for $1,000 in this case because we think there was sufficient evidence to submit to the jury the question of a breach of an oral drilling contract and to sustain the jury's award.

The motion for an appeal is overruled and the judgment is affirmed.